**EXHIBIT B**

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

DATE FILED: April 3, 2024 1:28 PM
FILING ID: 7F1596947BE8B
CASE NUMBER: 2024CV30472

District Court __JEFFERSON__ County, Colorado
Court Address:
　100 Jefferson County Parkway
　Golden, CO 80401

Plaintiff(s): JACK BUTLER, an Individual
v.
Defendant(s): BURNING MAN PROJECT, et al.

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
for Plaintiff: ERNST LEGAL GROUP, LLC, 217 E. 7TH AVE, DENVER
Phone Number: 720-798-3667    E-mail: DAN@ERNSTLEGALGROUP.COM
FAX Number:   and the First Amended Complaint with Exhibit A (**Exhibit D**)

Case Number:

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,
COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT
AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

　☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

　☒ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

　　By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

　**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**Date:** _____

_____
**Signature of Party**

**Date:** ___4/3/24___

/S/ Dan Ernst
_____
**Signature of Attorney for Party (if any)** ___Plaintiff___

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.