**EXHIBIT D**

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 JEFFERSON COUNTY PARKWAY, GOLDEN, CO, 80401-6002<br>**Plaintiff(s)** JACK BUTLER<br>v.<br>**Defendant(s)** BURNING MAN PROJECT et al. | DATE FILED: April 4, 2024 3:42 PM<br>CASE NUMBER: 2024CV30472<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2024CV30472<br>Division: 8        Courtroom: |
| **Civil Procedure Order** | |

**THIS MATTER** was assigned to Division 8. The Court issues the following Order regarding case procedure. <u>The Court will follow the deadlines set forth in C.R.C.P. 16 and 16.1.</u> Please note the significant amendments made to C.R.C.P. 16, 26, and other rules effective July 1, 2015.

**1.** <u>Deadline Changes</u>: All civil courtrooms are on a delay reduction docket. Deadlines will not be extended merely based on a stipulation between parties. If a motion is filed, the parties should proceed as if the extension request will be denied.

**2.** <u>Service of Process</u>: Returns of Service on all defendants shall be filed **within 63 days** after the date of the filing of the complaint. See C.R.C.P. 4(m).

**3.** <u>Default</u>: Application for default shall be filed **within 21 days** after default has occurred.

**4.** <u>Affirmative Defenses</u>: Please note the 2015 Comment to Rule 12: "The practice of pleading every affirmative defense listed in Rule 8(c), irrespective of a factual basis for the defense, is improper under C.R.C.P. 11(a)."

**5.** <u>Case Management Under C.R.C.P 16.1</u>: The parties need not prepare a Case Management Order or attend a Case Management Conference under Simplified Procedure unless a request is submitted. Only a Certificate of Compliance must be filed. See C.R.C.P. 16.1(h). Trial shall be set **within 14 days** of the at-issue date.

**6.** <u>Initial Case Management Conference Under C.R.C.P. 16</u>: The Responsible Attorney must file and serve a Notice to Set the Initial Case Management Conference **within 7 days** of the at-issue date. See C.R.C.P. 16(b).

**a.** This case management conference must be <u>held</u> **within 49 days** after the case is at issue.

**b.** The parties must be prepared to set the trial date at the Initial Case Management Conference.

**c.** Unless <u>extraordinary</u> circumstances exist, trials shall be held **within 1 year** of the case <u>filing</u> date.

**d.** If monetary relief is sought by any party, the proportionality analysis required in paragraph 6 of the proposed Case Management Order must include estimated <u>dollar amounts</u> for <u>all damages</u> categories, including economic, non-economic, attorney fees and costs.

**e.** The proposed Case Management Order must be filed **at least 7 days** before the case management conference.

**7.** <u>Form of Pleadings</u>: Each motion must be filed in separate pleading. All proposed orders, such as the proposed Case Management Order, shall be filed electronically <u>in editable format</u>. All parties must follow the Mandatory Document Filing Standards contained in Chief Judge Order 2017-1, including using a document title that is appropriately descriptive of that

pleading or exhibit AND ITS CONTENTS. http://tinyurl.com/zsrkxhy. For example, simply using "Exhibit A" is not an appropriate title; rather, "Exhibit A to MSJ Car Photo" or "Exhibit B (Signed Contract)" to Def.'s Mot. to Dismiss" complies.

**8.** Mediation: Pursuant to C.R.S. §13-22-311, all parties are ordered to participate in mediation. If C.R.C.P. 16 applies, the parties shall also include the following mediation sentences in paragraph 17 of the proposed Case Management Order:

**a. Within 35 days** after filing of the proposed Case Management Order, the parties shall schedule mediation with a mediator of their choice and file a Notice of Mediation Setting that provides the name of the mediator and the date of the scheduled mediation.

**b. Within 7 days** after mediation, a Notice of Mediation Completion shall be filed that contains a status report regarding mediation.

**c.** The Court will consider extending these time periods and/or waiving the mediation requirement upon timely filing of a motion showing good cause.

**9.** Settlement: If the parties settle the case after trial has been set, the Court will not vacate the trial until the parties have filed a stipulation to dismiss the case with prejudice.

**10.** Contact Information: Parties shall contact the Court's Division Clerk for scheduling matters via email at 01Division8@judicial.state.co.us. The Division Clerk's phone number is 720-772-2635. For other inquiries, contact the Division's Law Clerk at 720-772-2636.

**11.** Related Cases: Any attorney entering an appearance in this case who is aware of a past or present related case is ordered to complete and file an Information Regarding Related Case(s). http://tinyurl.com/q56s394.

**12.** Discovery Disputes: This Court requires that discovery motions (and all other motions that do not require briefing) be set for a Webex conference. Parties must file a short, joint motion listing each individual discovery issue, plaintiff's position on each issue, and defendant's position on each issue **(not to exceed 2 pages)**. The motion must request a Webex conference with the Court. No motions to compel shall be filed.

**13. Extensions of Time: All requests for extensions of time should state a request for a definite time period. This Division does not grant undefined or conditioned extensions of time (that is, an extension of time conditioned on the occurrence of another event, such as "fourteen days after the receipt of transcripts"), as the Court is typically not in a position to monitor the occurrence of the conditioned event (such as when counsel may receive transcripts).**

**14.** Service of Order: Plaintiff shall send a copy of this Order to all other parties who enter an appearance, and shall file a Certificate of Service of Civil Procedural Order **within 7 days** thereafter.


**Supplemental Orders:**


**15. Order Re: Initial Disclosures and Requirements for the Proposed Case Management Order (Rule 16 Cases Only)**

Please note the additional orders in the Court's Civil Procedure Order concerning procedural requirements and the setting of the Case Management Conference and of trial.

**a.** The parties are to provide initial disclosures **no later than 3 business days prior** to the Case Management Conference **or** (pursuant to C.R.C.P. 26(a)(1)) **28 days after the case is at issue, whichever is earlier**. Counsel shall be prepared to discuss the adequacy of disclosures at the Case Management Conference.

**b.** If monetary relief is sought by any party, the proportionality analysis required in paragraph 6 of the proposed Case Management Order must include estimated dollar amounts for all damages categories, including economic, non-economic, attorney fees and costs. See C.R.C.P. 16(b)(6).

**c.** In addition, each party shall set forth a proposed numerical cap for awardable fees per expert (if any party anticipates eliciting expert testimony) and for total awardable costs. See C.R.C.P. 16(b)(11). The parties are not to presume that C.R.C.P. 26 limits are appropriate; rather, the parties shall confer and articulate the basis for appropriate limitations on discovery.

**d.** As to paragraph 16: Counsel shall provide their best estimate as to a timeframe concerning when discovery can be completed, e.g. within 3 months, within 6 months (such estimate not to exceed 6 months absent extraordinary circumstances). Counsel shall not indicate "-- days before trial" as that does not provide any helpful information.

**16. Order Re: <u>Webex Procedures</u>**

Pursuant to CJO 2021-05, Jefferson County Courts are expanding in-person appearances. Only the following hearings will be permitted to occur via Webex unless otherwise authorized by the Court:

· Status Conferences
· Case-Management Conferences
· Non-Testimonial Hearings in which both parties are represented by counsel
· Discovery Hearings

However, in the event any party or attorney experiences technical difficulties during one of the above proceedings, **<u>ALL</u>** future hearings will be held in person.

The Court expects attorneys to ensure their clients and witnesses have appropriate remote access information before the hearing and to have communicated with their clients and witnesses to assure they know how to access the system before the hearing.

Please keep in mind that the courtroom will be open to the public during all Webex hearings unless otherwise ordered by the Court. This means that the Court or parties may, upon request, forward meeting information to any member of the public who wishes to observe.

Audio and/or video recording of any portion of a Webex hearing is strictly prohibited. Violation of this prohibition may result in the imposition of sanctions including contempt of court.

Webex hearings are court proceedings and all participants shall follow ordinary standards of decorum. Participants should ensure they are appropriately dressed, that their surroundings are quiet and well lit, that their electronic devices are functioning correctly, that they have an adequate internet connection/bandwidth, and that distractions in home environments are minimized. Parties should allow additional time for Webex hearings and should anticipate the need to take more frequent breaks.

<u>Webex ground rules</u>:

**a.** Parties should join the meeting at their regularly scheduled hearing time. Parties dialing into the Court shall not interrupt any ongoing proceedings, but rather, wait to be acknowledged by the Court. It is very important that only one person speak at a time and that parties wait their turn to be called upon to speak.

**b.** Please note that anyone who is participating via video but who calls before their hearing time may be placed into a "lobby." The Court can also utilize this feature to place witnesses under "sequestration" until the time that the Court is ready for the witness' testimony.

**c.** In order to make a good record:

**i.** All parties must speak into a microphone or close to the computer or device.

**ii.** Parties must speak loudly and clearly.

**iii.** Parties must speak slowly and pause periodically between statements.

**iv.** Only one person may speak at a time, allowing a pause between speakers. This includes question/answer sessions.

**v.** Background noise, including side conversations and paper shuffling, must be kept to a minimum (microphones should be muted unless you are speaking).

**vi.** Alert the Court immediately if there are any technical difficulties.

The procedures outlined herein are evolving and may be modified or updated periodically. If questions arise, contact the Court's Staff at 01division8@judicial.state.co.us. Attorneys and litigants should call in via Webex at that time to ensure that everyone's systems are working properly in advance of the hearing.

**17.** The Court's Webex information is below:

To join Judge Klein's virtual courtroom, please use the following information:

For Call-In Users:
1 - Call 1-415-655-0001
2 - Enter Judge Klein's virtual court room number 923-127-870

For Computer Users:
https://judicial.webex.com/meet/1stJDDivision8

For App Users (phone & computers):
1- Open Webex
2- Enter 923-127-870 into the Join a meeting field

Issue Date:  4/4/2024

*[signature]*

RUSSELL BRENT KLEIN
District Court Judge