**DISTRICT COURT, JEFFERSON COUNTY, COLORADO**

100 Jefferson County Parkway, Golden, CO, USA

| EXHIBIT F |
| --- |

**Plaintiff:**

JACK BUTLER, an Individual

**v.**

**Defendant(s):**

BURNING MAN PROJECT, a foreign nonprofit corporation, DAVE WELLHAUSER, an individual and RANGER HAZELNUT, aka (JANE DOE) an individual.

**Affidavit of Service**

DATE FILED: June 27, 2024 2:56 PM
Case#: 2024CV30472
FILING ID: 2024CV30472...C4C7876
CASE NUMBER: 2024CV30472

Received on **June 21, 2024 at 2:26 pm**

I, **NICHOLAS MARKOWITZ,** being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above-mentioned case. I am over the age of 18 and am not a party to or otherwise interested in this matter.

On **June 27, 2024 at 10:49 am**, I executed service of a **FIRST AMENDED COMPLAINT AND JURY DEMAND; RANGER DISCIPLINARY PROCESS; Civil Procedure Order; DISTRICT COURT CIVIL SUMMONS; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND; WAIVER OF SERVICE (BLANK)** on **BURNING MAN PROJECT C/O RA CT CORPORATION SYSTEM** at **7700 E Arapahoe Rd, #220 Centennial, Arapahoe County, CO 80112.**

**By Registered Agent Service to: MIKAYLA KRANZUSCH - INTAKE SPECIALIST**

**Physical Description:**

**Race:** Caucasian   **Sex:** Female   **Age:** 30's   **Height:** 5' '3"   **Weight:** 120 lbs   **Hair:** Blonde   **Glasses:** No

**I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct. Executed on June 27, 2024 at Colorado Springs, CO**

NICHOLAS MARKOWITZ (Jun 27, 2024 14:46 MDT)

**NICHOLAS MARKOWITZ, Process Server**

**Field Sheet Id: 26304**

**Client Reference:   2024CV30472**

# BURNINGMAN

Final Audit Report                                                    2024-06-27

| | |
|---|---|
| Created: | 2024-06-27 |
| By: | Ramos Private Process Server & Notary, LLC (danielle@ramosservingthesprings.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAftoyl73osu8PrDKXVSW8s-XnLyxsV6JB |

## "BURNINGMAN" History

📄 Document created by Ramos Private Process Server & Notary, LLC (danielle@ramosservingthesprings.com)
2024-06-27 - 8:26:17 PM GMT

✉ Document emailed to NICHOLAS MARKOWITZ (nickmarkowitz36@gmail.com) for signature
2024-06-27 - 8:26:20 PM GMT

📄 Email viewed by NICHOLAS MARKOWITZ (nickmarkowitz36@gmail.com)
2024-06-27 - 8:46:27 PM GMT

✍ Document e-signed by NICHOLAS MARKOWITZ (nickmarkowitz36@gmail.com)
Signature Date: 2024-06-27 - 8:46:41 PM GMT - Time Source: server

✅ Agreement completed.
2024-06-27 - 8:46:41 PM GMT

![Adobe Acrobat Sign] Adobe Acrobat Sign

# DISTRICT COURT, JEFFERSON COUNTY, COLORADO

**100 Jefferson County Parkway, Golden, CO, USA**

**Plaintiff:**

JACK BUTLER, an Individual

**v.**

**Defendant(s):**

BURNING MAN PROJECT, a foreign nonprofit corporation, DAVE WELLHAUSER, an individual and RANGER HAZELNUT, aka (JANE DOE) an individual.

**Affidavit of Service**

DATE FILED: June 27, 2024 9:57 AM
Case#: 2024CV30472
FILING ID: E2D958CD
CASE NUMBER: 2024CV30472

Case #: 2024CV30472

Received on **June 06, 2024 at 9:56 am**

I, **CHRISTOPHER HARPER,** being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above-mentioned case. I am over the age of 18 and am not a party to or otherwise interested in this matter.

On **June 15, 2024 at 11:02 am**, I executed service of a **FIRST AMENDED COMPLAINT AND JURY DEMAND; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND; EXHIBIT A; Civil Procedure Order; DISTRICT COURT CIVIL SUMMONS** on **DAVE WELLHAUSER** at **200 Aris Ave, Buffalo, Erie County, NY 14206.**

**By Personal Service at usual place of abode to: DAVE WELLHAUSER**

**Physical Description:**

**Race:** Caucasian   **Sex:** Male   **Age:** 50's   **Height:** 5' 11"   **Weight:** 280 lbs   **Hair:** Grey   **Glasses:** Yes

late 50s to early 60s - beard

**I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct. Executed on June 16, 2024 at Colorado Springs, CO**

christopher harper (Jun 17, 2024 09:16 EDT)

**CHRISTOPHER HARPER, Process Server**

**Field Sheet Id: 26133**

**Client Reference:  2024CV30472**

Page 1 of 1

Process ServerSoftware  Pro

# WELLHAUSER

Final Audit Report                                                         2024-06-17

| | |
|---|---|
| Created: | 2024-06-17 |
| By: | Ramos Private Process Server & Notary, LLC (danielle@ramosservingthesprings.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAPowUvJajvJ5upFjuLb19lADMpcihEZyf |

## "WELLHAUSER" History

📄 Document created by Ramos Private Process Server & Notary, LLC (danielle@ramosservingthesprings.com)
   2024-06-17 - 1:30:29 AM GMT

✉️ Document emailed to christopher harper (status@thechaseagency.com) for signature
   2024-06-17 - 1:30:32 AM GMT

📄 Email viewed by christopher harper (status@thechaseagency.com)
   2024-06-17 - 11:56:32 AM GMT

🖊️ Document e-signed by christopher harper (status@thechaseagency.com)
   Signature Date: 2024-06-17 - 1:16:13 PM GMT - Time Source: server

✅ Agreement completed.
   2024-06-17 - 1:16:13 PM GMT

Adobe Acrobat Sign