**EXHIBIT G**

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401 | |
| **Plaintiff:**<br>JACK BUTLER, an Individual<br><br>v.<br><br>**Defendants:**<br>BURNING MAN PROJECT, a foreign nonprofit corporation, DAVE WELLHAUSER, an individual and RANGER HAZELNUT, aka (JANE DOE) an individual. | ▲COURT USE ONLY▲ |
| *Attorney for Plaintiff Butler*<br>Dan Ernst, #53438<br>ERNST LEGAL GROUP, LLC<br>217 E. 7th Avenue<br>Denver, CO 80203<br>Phone Number: 720-798-3667<br>dan@ernstlegalgroup.com | Case No.: 2024CV30472<br><br>Division : 8 |
| **WAIVER AND ACCEPTANCE OF SERVICE** | |

I declare under oath that Defendant Burning Man Project on behalf of itself and its agent/employee Defendant Ranger Hazelnut, a.k.a. Stephanie Vesik, on July 9, 2024, received and accepted service of the Summons, Civil Case Coversheet, First Amended Complaint and Jury Demand in the above-captioned case. Said waiver of service shall not be construed as an admission by any defendant of the truth of the allegations in the Complaint, nor a waiver of the right to object to venue or jurisdiction and defendant reserves the right to receive notices of settings and the right to respond and appear in person.

DECLARED ON July 9, 2024,

                                              JACKSON LEWIS, P.C.

                    By:   *s/ Grant T. Spillers*____
                            Grant T. Spillers, Esq.
                            *Attorney for Defendants*