**EXHIBIT H**

| | |
|---|---|
| **DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO**<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Telephone: (720) 772-2500 | DATE FILED: July 8, 2024 5:24 PM<br>FILING ID: F3401466E891B<br>CASE NUMBER: 2024CV30472 |
| **Plaintiff:**<br>JACK BUTLER,<br><br>v.<br><br>**Defendants:**<br>BURNING MAN PROJECT,<br>DAVE WELLHAUSER and<br>RANGER HAZELNUT a/k/a JANE DOE. | ▲COURT USE ONLY▲ |
| **Attorneys for Defendants:**<br>Ryan P. Lessmann, #35755<br>Grant T. Spillers, #57920<br>JACKSON LEWIS P.C.<br>950 17th Street, Suite 2600<br>Denver, Colorado 80202<br>Telephone: (303) 892-0404<br>Facsimile: (303) 892-5575<br>E-Mail: Ryan.Lessmann@jacksonlewis.com;<br>Grant.Spillers@jacksonlewis.com | Case No: 2024 CV 30472<br><br>Division: 8 |
| **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** | |

Defendants Burning Man Project, Dave Wellhauser and Ranger Hazelnut, a/k/a Stephanie Vesik (collectively "Defendants"), by and through counsel, respectfully request an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint and Jury Demand allowing for additional time as well as a common answer date for all Defendants. As grounds for this Unopposed Motion, Defendants state as follows:

Certification of Compliance: In accordance with C.R.C.P. 121 § 1-15(8), the undersigned conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff **does not** oppose this Motion.

1.      On or about April 3, 2024, Plaintiff filed a Complaint, and on June 4, 2024, he amended the Complaint.

2.      On or about June 15, 2024, Defendant Wellhauser was served with the Amended Complaint and Summons in Buffalo, New York, making his answer due July 8, 2024.

3.      On June 27, 2024, Burning Man Project was served with the Amended Complaint and Summons through its registered agent, making its answer due by July 11, 2024.

4.      On July 8, 2024, the undersigned counsel agreed to accept service on behalf of Defendant Ranger Hazelnut, a/k/a Stephanie Vesik. Her answer will now be due July 29, 2024.

5.      The undersigned counsel plans to remove this case to U.S. District Court.

6.      In the interest of judicial economy, Defendants respectfully request that they be provided with an extension of time with a common answer date of August 7, 2024, within which time to answer or otherwise respond to Plaintiff's Amended Complaint.

7.      No party would be prejudiced by the granting of this motion, and the request is not sought for dilatory purposes. Further, this motion is unopposed.

8.      For the above-mentioned reasons, Defendants request an extension of time to answer or otherwise respond with a common answer date of August 7, 2024.

WHEREFORE, Defendants respectfully request that the Court grant their unopposed motion for extension of time to answer or otherwise respond and allow for a common answer date for all Defendants of August 7, 2024.

Respectfully submitted this 8th day of July, 2024.

> JACKSON LEWIS P.C.
>
> *s/ Ryan P. Lessmann*
> Ryan P. Lessmann
> Grant T. Spillers
>
> *ATTORNEYS FOR DEFENDANT DAVE WELLHAUSER AND DEFENDANT BURNING MAN PROJECT*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of July, 2024, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** was filed and served electronically via CCEF, addressed to the following:

Dan Ernst
ERNST LEGAL GROUP, LLC
217 E. 7th Avenue
Denver, CO 80203
dan@ernstlegalgroup.com

*Attorneys for Plaintiff*           *s/ Tama Steinacher*
                                    for Jackson Lewis P.C.

3