**EXHIBIT I**

| | |
|---|---|
| **DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO**<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>Telephone: (720) 772-2500 | DATE FILED: July 10, 2024 10:42 AM<br>CASE NUMBER: 2024CV30472 |
| **Plaintiff:**<br>JACK BUTLER,<br><br>v.<br><br>**Defendants:**<br>BURNING MAN PROJECT,<br>DAVE WELLHAUSER and<br>RANGER HAZELNUT a/k/a JANE DOE. | ▲COURT USE ONLY▲<br>---------------------------------------------<br>Case No. 2024 CV 30472<br><br>Division: 8 |
| **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** | |

THE COURT, having reviewed Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint, and being fully advised in the premises, HEREBY GRANTS said motion. Defendants shall have until August 7, 2024, to answer or otherwise respond to Plaintiff's Amended Complaint.

Done and signed this 10th day of July, 2024.

BY THE COURT:

_____
District Court Judge

4895-2202-6703, v. 1