# Register of Actions

**EXHIBIT J**

| | Filed by Plaintiff/Petitioner | Case Number: | 2024CV030472 | Division: | 8 |
| --- | --- | --- | --- | --- | --- |
| | Filed by Defendant/Respondent | Case Type: | Money | Judicial Officer: | Russell Brent Klein |
| | Filed by Court | Case Caption: | Butler, Jack v. Burning Man Project et al | Court Location: | Jefferson County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
| --- | --- | --- | --- | --- | --- | --- | --- |
| N/A (Details) | 07/10/2024 10:42 AM | Russell Brent Klein | Jefferson County | N/A | Order (Related Document) | Order:re Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint | Public |
| 53ECBC6BACF61* | 07/09/2024 12:41 PM | Dan Ernst | Ernst Legal Group LLC | Jack Butler | Return of Service | Return of Service Ranger Hazelnut (a.k.a. Stephanie Vesik), July 9, 2024 | Public |
| F3401466E891B | 07/08/2024 5:24 PM | Grant Thomas Spillers, Ryan P Lessmann | Jackson Lewis PC | Dave Wellhauser, Ranger Hazelnut (more) | Motion | Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint | Public |
| | | | | | Proposed Order (Related Document) | re Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint | Public |
| 8842EAC4C7876 | 06/27/2024 2:56 PM | Dan Ernst | Ernst Legal Group LLC | Jack Butler | Return of Service | Return of Service Burning Man Project June 27, 2024 | Public |
| 993E55ED958CD | 06/27/2024 9:57 AM | Dan Ernst | Ernst Legal Group LLC | Jack Butler | Return of Service | Return of Service Wellhauser, June 15, 2024 | Public |
| 541FFEE9D95DF | 06/04/2024 11:20 AM | Dan Ernst | Ernst Legal Group LLC | Jack Butler | Complaint - Amended | FIRST AMENDED COMPLAINT | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A | Protected |
| N/A (Details) | 04/04/2024 3:42 PM | Russell Brent Klein | Jefferson County | N/A | Order | Civil Procedure Order | Public |
| 7F1596947BE8B | 04/03/2024 1:28 PM | Dan Ernst | Ernst Legal Group LLC | Jack Butler | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | Summons | Summons | Public |
| | | | | | Summons | Summons | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
| --- | --- | --- | --- |
| Burning Man Project | Defendant | Active | GRANT THOMAS SPILLERS (Jackson Lewis PC) RYAN P LESSMANN (Jackson Lewis PC) |
| Dave Wellhauser | Defendant | Active | GRANT THOMAS SPILLERS (Jackson Lewis PC) RYAN P LESSMANN (Jackson Lewis PC) |
| Jack Butler | Plaintiff | Active | DAN ERNST (Ernst Legal Group LLC ) |
| Jane Doe | AKA | Active | N/A |
| Ranger Hazelnut | Defendant | Active | GRANT THOMAS SPILLERS (Jackson Lewis PC) RYAN P LESSMANN (Jackson Lewis PC) |