


Skip to content  |  About Secretary Griswold  |  Español

## Summary

**For this Record...**

Filing history and documents

Get a certificate of good standing

File a form

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

Business Home

Business Information

Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| Name | Elsewhence.com | | |
| Status | Good Standing | Formation date | 05/07/2014 |
| ID number | 20141292421 | Form | Limited Liability Company |
| Periodic report month | May | Jurisdiction | Colorado |
| Principal office street address | 268 S Logan St, Denver, CO 80209, United States | | |
| Principal office mailing address | 268 S Logan St, Denver, CO 80209, United States | | |

| Registered Agent | |
|---|---|
| Name | David Wellhauser |
| Street address | 268 S Logan St, Denver, CO 80209, US |
| Mailing address | 268 S Logan St, Denver, CO 80209, US |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[Back]

Terms & conditions | Accessibility statement | Browser compatibility