# Ranger Disciplinary Process

DATE FILED: June 4, 2024 11:20 AM
FILING ID: 541FFEE9D95DF
CASE NUMBER: 2024CV30472

## Introduction

The Ranger Council must sometimes make the difficult decision to discipline a Ranger because of ongoing issues or a single serious instance of failure to follow the policies that support our mission. Generally these issues concern the safety of participants, regard for laws, unreasonable consumption of department resources, or conduct as a member of the Ranger Department.

## Ethos

We take the decision to discipline a Ranger very seriously and hold ourselves to high standards of ethical conduct. We make every effort to acknowledge the needs and the feelings of all affected parties, conduct an investigation, examine our own biases and personal relationships with anyone involved, and determine the outcome that we believe is most appropriate under the circumstances. A higher level of discipline is not chosen if we believe a lower level will appropriately address the concern (see examples of disciplinary actions below).

Rangers are disciplined only when their behavior puts our mission at risk, and never for personal, frivolous, or convenient reasons.

Examples of disciplinary actions
- Constructive counseling
- Recorded warning
- Removal from duty (per shift or remainder of event)
- Removal from position or role
- Suspension from duty, position, or role
- Dismissal from department

## Reporting

Usually disciplinary actions that result from an incident on playa are reported to Shift Command, an Officer of the Day, or an Operations Manager, but many variations are possible. Sometimes the leads of special teams report a problem with one of their team members.

During the off-season, reports come to the Council through a number of sources, including from participants directly, through the Regional contacts, from other Burning Man Staff, and from other Rangers. These reports are directed to the Personnel Managers (ranger-personnel@burningman.org).

Rangers also have access to the online Ranger Feedback Form year-round, including at the computer kiosks at Ranger Headquarters on playa.

## Finding Out and Listening

For reports made on Playa, the respective Council Manager, OODs and/or Shift Command Team assist the Personnel Manager by gathering as much information as possible about the incident. Incidents on playa may result in immediate disciplinary actions, but these on-playa actions are limited to suspension or removal from duty for a defined period, up to the remainder of the event. Removal from the Ranger Department and other longer-term actions (determination that the Ranger needs to take a defined amount of time off, removal from leadership roles, etc.) require the consensus of the Ranger Council after the event cycle is over.

The Personnel Managers are responsible for post-event follow-up, as well as for investigating reports of incidents that occur during the off-season. If appropriate, two Personnel Investigators (PIs) are appointed to each case for the duration of the entire assignment, which allows for continuity over the course of the investigation. Using our standard F.L.A.M.E framework, the interviews are conducted of the initial reporter(s), witnesses, and the Ranger of inquiry and the findings documented. Investigations include gathering information from logs, reports, conversations at the event, past incidents, and any other sources available. These investigations include as many conversations and other communications as necessary with the affected Ranger, witnesses, and other parties to ensure all critical information is considered. All documentation is collected and PIs make recommendations based on their findings to the Personnel Managers. The Personnel Managers are responsible for providing updates about ongoing cases to the Ranger Council.

The Ranger Council discusses each incident, including all information gathered at the time, and determines which incidents require additional investigation.

## Analyzing

The Ranger Council further discusses the incident once the Personnel Managers have gathered relevant information. All Council members must agree that there is enough information to make a decision, or we return to Finding Out and Listening. If the Ranger Council members agree there is sufficient information to make a decision, they consider the least drastic alternative they believe will

appropriately and effectively address the behavior. The entire Ranger Council must come to consensus on the status of an affected Ranger, and prefers to take the time necessary to ensure alignment of the disciplinary action with the incident .

# Mediation

Mediation can take multiple forms, such as:
- Mediation between a Ranger and a participant
- Mediation between two or more Rangers
- Intradepartmental mediation (between one or more Rangers and the Ranger department)
- Interdepartmental mediation (between one or more Rangers and staff outside the Ranger department)

During the mediation process, someone from the Personnel Team reaches out to the affected Ranger to align on what happened and what needs to change.

For minor incidents, this conversation may be sufficient to realign expectations going forward.

For incidents warranting actions such as suspension or removal from the Ranger Department, two members of the Ranger Council arrange for a phone or face-to-face conversation with the affected Ranger to discuss the outcome, and follow up the conversation with a letter affirming the decision. We do this because Rangers deserve to hear it directly from us, to offer the Ranger in question an opportunity to ask questions, and simply to be there for them.

All incidents are documented in the Personnel records.

We also offer an ongoing point of contact in the Ranger Personnel Managers (ranger-personnel@burningman.org); additionally, Burning Man HR (People/Operations) is available if the affected Ranger does not feel fairly treated and wants to extend the conversation outside of the Ranger Department.

# Explaining

During the conversation with the affected Ranger, we make it clear that we will hold the outcome and the conversation confidential to the extent possible. Depending on the severity of the incident, we may involve the Burning Man Legal and People/Operation departments. Except in rare and public cases, the only Rangers we inform are the members of the Ranger Operations Team, and we summarize the incident with few details.

The Council also provides an annual anonymized summary of the disciplinary actions that have been taken in the last event cycle so that members of our department can see the types of incidents that raise concerns and understand some of the consequences of those incidents. This summary of disciplinary actions is stripped of all obviously identifying information about the persons involved.

The affected Rangers may share details of their case as they wish, while remaining mindful around any consent issues of revealing personal information of others involved in the case.

One area we are exploring is our ethical obligation to share information with Regional organizations, which make their own policies and decisions about who can be part of their communities and volunteer groups. At present, we respond to requests for information from Regional organizations by explaining our process and giving general examples of the kinds of behavior that would lead us to remove a Ranger, but we do not discuss any specific details of what led to any particular decision.

## Additional actions

When a Ranger is removed from the department, their access to Black Rock Ranger mailing lists and the Secret Clubhouse is removed, their status in the Clubhouse is changed to Dismissed, and the Cadre members of any impacted special teams are notified.

If the Ranger is a member of one or more special teams, the leadership group for those teams should be informed of the dismissal.

If a Ranger is temporarily suspended, their access to Ranger email lists may be suspended at the discretion of the Council.

Whether a Ranger is dismissed or temporarily suspended, we do not revoke access to any other email lists hosted by Burning Man, including lists for other departments and local social lists about the person's removal or suspension.

A summary of the decision is recorded in the Personnel Team's disciplinary notes.

## Requests for reconsideration

If a Ranger believes they have been unfairly dismissed from the department, they may within six months of their dismissal submit a request for reconsideration to the Ranger Council. This request can be in a written or recorded format (sound or video) and should detail any facts or circumstances

that they believe would merit a change of the outcome, such as conflicting evidence or an explanation why a lesser disciplinary action would be appropriate. Within 30 days of receipt, the Council will review and respond to any such request. The Council, however, is under no obligation to reopen the investigation. The Ranger requesting reconsideration may be invited to address the Council as a whole to present the details of their request.

# Taking responsibility and holding ourselves accountable

Ultimately, we seek to find and support Rangers who exercise good judgment, so if we must consider removal from the Department, we also examine our policies, practices, and any other factors that contributed to the situation to look for any elements we can improve. This document is a part of that process, and the conversation at the Council, Ops Team, and OOD/Shift Lead level around disciplinary issues is ongoing.

# On-Playa Disciplinary Process

Unlike extended personnel investigations which happen off-playa, rarely, the Ranger department needs to act quickly to resolve a disciplinary situation in the span of hours or days to prevent it from recurring during the shift, or during the event. In those cases, Rangers may be de-shifted, or de-lammed without an extended investigation, or the necessary involvement of Council.

## Removal from a Shift (De-Shifting)

There are a variety of reasons to remove a Ranger from shift duty. Being relieved from duty can occur when a Ranger is told to take a break and take care of themselves ("compassionate de-shifting"). This is not necessarily a disciplinary situation, and is more often a health and safety one.

Un-Rangerly or questionable behavior may also result in a Ranger being removed from shift duty. De-shifting can also happen when an incident has occurred that the Shift Lead, OOD, or Ranger Managers feel needs further inquiry and believe that allowing the Ranger to stay on duty is not in the best interest of that inquiry. Removal from a single shift need only involve the Shift Command Team.

## Removal from Rangering the Event (De-Lamming)

De-lamming can be the result of a series of incidents or as a result of the seriousness of a single incident. De-lamming requires the consensus of at least one Ranger Operations or Logistics Manager and the Ranger Personnel Manager. The process will follow the on-playa chain of command to

determine the appropriate Manager. For incidents that may also require the Ranger be removed from the event itself, the same staff removal process which applies to all staff members will be used. The staff removal process is available from the Personnel Managers.

**Revision History:**
- August 1, 2023: Added On-Playa Disciplinary Process from Ranger Manual