> **EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02045-SBP

JACK BUTLER,

    Plaintiff,

v.

BURNING MAN PROJECT,
DAVE WELLHAUSER and
RANGER HAZELNUT a/k/a JANE DOE,

    Defendants.

## DECLARATION OF DAVE WELLHAUSER

I, Dave Wellhauser, declare as follows:

1. I own Elsewhence, which helps put on an annual collaborative festival that combines volunteerism with creating community. Defendant Burning Man Project does not sanction Elsewhence.

2. I work for the Burning Man Project as a Black Rock Ranger, a volunteer group that participates in Burning Man events.

3. After the Elsewhence 2022 event, a woman who I have known for multiple years informed me that Plaintiff Jack Butler ("Plaintiff") had raped her while they attended the Burning Man event the month before. Plaintiff volunteered as a Black Rock Ranger during that event.

4. Because Black Rock Rangers are required to report sexual assault allegations, I reported the woman's rape allegation to a member of the Black Rock Rangers. The Black Rock Rangers investigated the allegation soon thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12/18/2024

Dave Wellhauser

2