Docusign Envelope ID: 88C3CE09-2969-4A80-9BC2-6BB472C8278A

> **EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02045

JACK BUTLER,

       Plaintiff,

v.

BURNING MAN PROJECT,
DAVE WELLHAUSER and
RANGER HAZELNUT a/k/a JANE DOE,

Defendants.

---

## DECLARATION OF STEPHANIE VESIK

---

I, Stephanie Vesik, declare as follows:

1.      I am employed by Burning Man Project to be the Personnel Manager for the Black Rock Rangers, which is a volunteer group that participates at Burning Man events.

2.      I reside in the State of Oregon.

3.      In my capacity as a Burning Man Project employee, I reviewed information about Jack Butler that came to my attention and corresponded with individuals who knew Mr. Butler.  I did this entirely from the State of Oregon.

4.      I sent my reports and documents to Burning Man, which is located in the State of California.

5.      In my employee capacity with Burning Man, I am not aware of any activities connected to the State of Colorado.

Docusign Envelope ID: 88C3CE09-2969-4A80-9BC2-6BB472C8278A

I declare under penalty of perjury that the foregoing is true and correct.

DATED: ___7/24/2024_____

_Stephanie Vesik_____
Stephanie Vesik