

Skip to content | About Secretary Griswold | Español

# Summary

**For this Record...**

Filing history and documents

Get a certificate of good standing

File a form

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

Business Home

Business Information

Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Name** | Elsewhence.com | | |
| **Status** | Good Standing | **Formation date** | 05/07/2014 |
| **ID number** | 20141292421 | **Form** | Limited Liability Company |
| **Periodic report month** | May | **Jurisdiction** | Colorado |
| **Principal office street address** | 268 S Logan St, Denver, CO 80209, US | | |
| **Principal office mailing address** | 268 S Logan St, Denver, CO 80209, US | | |

| Registered Agent | |
|---|---|
| **Name** | David Wellhauser |
| **Street address** | 268 S Logan St, Denver, CO 80209, US |
| **Mailing address** | 268 S Logan St, Denver, CO 80209, US |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[ Back ]

Terms & conditions | Accessibility statement | Browser compatibility