IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02045

JACK BUTLER,

    Plaintiff,

v.

BURNING MAN PROJECT,
DAVE WELLHAUSER and
RANGER HAZELNUT a/k/a JANE DOE,

Defendants.

## DECLARATION OF JACK BUTLER

I, Jack Butler, being of lawful age, and sworn to tell the truth under penalty of perjury, do certify that I have personal knowledge of the following matters and state as follows:

1. Attached hereto as Exhibit A, is an email indicating that I was the subject of an investigation conducted by Elsewhence agent Caroline Kert.

2. I was informed by several people including Julie Pellerin that Caroline Kert, as an agent (employee, volunteer, or attorney) of Elsewhence, was contacting my former and current girlfriends to "dig-up dirt" on me.

3. On information and belief, David Wellhauser as principal of Elsewhence, instructed Caroline Kert to contact my former girlfriends including Lisa Wachowicz to "dig up dirt" on me.

4. David Wellhauser, as principal of Elsewhence, formed a "Colorado Consent Committee" meant to spread the false allegations against me including (contrary to his affidavit) to people other

1

Doc ID: a7a366ca17ebbb919e97bb95e26795b9e853d2c1

than members of the Black Rock Rangers, and to formally ban me from Colorado gatherings of the Burning Man community; I was informed by a Brianna Cook that David Wellhauser informed her via telephone that I was by banned from Elsewhence and other Burning Man community gatherings in Colorado.

5. As an agent of Elsewhence, Caroline Kert, contacted multiple persons in the Colorado Burning Man community, "investigating" allegations against me and disclosing private facts about me to persons with no possible knowledge of the allegations against me.

6. Even if Elsewhence is not conducted by Defendant Burning Man Project, it is conducted in the manner of Burning Man, communications about the event are spread utilizing Burning Man forums, and it is widely discussed as a part of the events conducted by Burning Man Community in Colorado.

7. Elsewhence uses Rangers similar to Burning Man, recruits Black Rock Rangers to participate, and encourages Rangers to wear Black Rock Ranger logos and equipment while working for Elsewhence, representing themselves as Black Rock Rangers. David Wellhauser has stated at previous Elsewhence events that he obtained permission from the Burning Man Organization for the Rangers to wear their Black Rock Ranger logos and represent themselves as Black Rock Rangers at the event.

FURTHER THE DECLARANT SAYETH NAUGHT.

DATED  01 / 07 / 2025 _____

_____
JACK BUTLER

Signed and sworn in:
STATE OF COLORADO          )
                           ) ss.
COUNTY OF JEFFERSON        )

2

Doc ID: a7a366ca17ebbb919e97bb95e26795b9e853d2c1



Audit trail

| | |
|---|---|
| **Title** | ERNST LEGAL GROUP LLC has sent you a document to review and... |
| **File name** | AFFIDAVIT OF JACK.pdf |
| **Document ID** | a7a366ca17ebbb919e97bb95e26795b9e853d2c1 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested on app.practicepanther.com and signed on app.practicepanther.com

## Document History

**SENT** — **01 / 08 / 2025** 00:27:46 UTC
Sent for signature to Jack Butler Lyons (jacklyonsauthor@gmail.com) from dan@ernstlegalgroup.com
IP: 97.180.225.229

**VIEWED** — **01 / 08 / 2025** 00:33:12 UTC
Viewed by Jack Butler Lyons (jacklyonsauthor@gmail.com)
IP: 107.77.220.202

**SIGNED** — **01 / 08 / 2025** 00:35:16 UTC
Signed by Jack Butler Lyons (jacklyonsauthor@gmail.com)
IP: 107.77.220.202

**COMPLETED** — **01 / 08 / 2025** 00:35:16 UTC
The document has been completed.

Powered by Dropbox Sign