IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02045

JACK BUTLER,

    Plaintiff,

v.

BURNING MAN PROJECT,
DAVE WELLHAUSER and
RANGER HAZELNUT a/k/a JANE DOE,

Defendants.

## DECLARATION OF JACK BUTLER

I, Jack Butler, being of lawful age, and sworn to tell the truth under penalty of perjury, do certify that I have personal knowledge of the following matters and state as follows:

    1. Attached hereto as Exhibit A, is an email indicating that I was the subject of an investigation conducted by Elsewhence agent Caroline Kert.

    2. I was informed by several people including Julie Pellerin that Caroline Kert, as an agent (employee, volunteer, or attorney) of Elsewhence, was contacting my former and current girlfriends to "dig-up dirt" on me.

    3. On information and belief, David Wellhauser as principal of Elsewhence, instructed Caroline Kert to contact my former girlfriends including Lisa Wachowicz to "dig up dirt" on me.

    4. David Wellhauser, as principal of Elsewhence, formed a "Colorado Consent Committee" meant to spread the false allegations against me including (contrary to his affidavit) to people other

1

than members of the Black Rock Rangers, and to formally ban me from Colorado gatherings of the Burning Man community; I was informed by a Brianna Cook that David Wellhauser informed her via telephone that I was by banned from Elsewhence and other Burning Man community gatherings in Colorado.

5. As an agent of Elsewhence, Caroline Kert, contacted multiple persons in the Colorado Burning Man community, "investigating" allegations against me and disclosing private facts about me to persons with no possible knowledge of the allegations against me.

6. Even if Elsewhence is not conducted by Defendant Burning Man Project, it is conducted in the manner of Burning Man, communications about the event are spread utilizing Burning Man forums, and it is widely discussed as a part of the events conducted by Burning Man Community in Colorado.

7. Elsewhence uses Rangers similar to Burning Man, recruits Black Rock Rangers to participate, and encourages Rangers to wear Black Rock Ranger logos and equipment while working for Elsewhence, representing themselves as Black Rock Rangers. David Wellhauser has stated at previous Elsewhence events that he obtained permission from the Burning Man Organization for the Rangers to wear their Black Rock Ranger logos and represent themselves as Black Rock Rangers at the event.

FURTHER THE DECLARANT SAYETH NAUGHT.

DATED  01 / 07 / 2025  _____

*Jack Butler*
_____
JACK BUTLER

Signed and sworn in:
STATE OF COLORADO         )
                          ) ss.
COUNTY OF JEFFERSON       )

Doc ID: a7a366ca17ebbb919e97bb95e26795b9e853d2c1



Audit trail

| | |
|---|---|
| **Title** | ERNST LEGAL GROUP LLC has sent you a document to review and... |
| **File name** | AFFIDAVIT OF JACK.pdf |
| **Document ID** | a7a366ca17ebbb919e97bb95e26795b9e853d2c1 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested on app.practicepanther.com and signed on app.practicepanther.com

## Document History

**SENT**  
**01 / 08 / 2025**  
00:27:46 UTC  
Sent for signature to Jack Butler Lyons (jacklyonsauthor@gmail.com) from dan@ernstlegalgroup.com  
IP: 97.180.225.229

**VIEWED**  
**01 / 08 / 2025**  
00:33:12 UTC  
Viewed by Jack Butler Lyons (jacklyonsauthor@gmail.com)  
IP: 107.77.220.202

**SIGNED**  
**01 / 08 / 2025**  
00:35:16 UTC  
Signed by Jack Butler Lyons (jacklyonsauthor@gmail.com)  
IP: 107.77.220.202

**COMPLETED**  
**01 / 08 / 2025**  
00:35:16 UTC  
The document has been completed.

Powered by Dropbox Sign



000019

Ranger Hazelnut <hazelnut@burningman.org>

# Report
4 messages

**Lisa Wachowicz** <whiskeyanddustfox@gmail.com>  Wed, Jan 4, 2023 at 9:16 AM
To: "hazelnut@burningman.org" <hazelnut@burningman.org>

Dear Hazelnut,

Caroline gave me your information to help provide a report. My phone is (720) 338-1230 if you would like to set up a time to chat.

Warm regards,
Fox

**Ranger Hazelnut** <hazelnut@burningman.org>  Wed, Jan 4, 2023 at 7:44 PM
To: Lisa Wachowicz <whiskeyanddustfox@gmail.com>

Hello Fox.
I'm glad Caroline has given you my contact information. I'd be happy to speak with you. I'm available on Friday after 12pm PST and Sunday 9am-4pm PST and again after 6pm PST.
I'd be happy to chat by phone or Zoom. Is there a time Friday or Sunday that works for you?

Hazelnut
[Quoted text hidden]
--
Hazelnut
Black Rock Ranger Personnel Manager
Hazelnut@burningman.org

**Lisa Wachowicz** <whiskeyanddustfox@gmail.com>  Fri, Jan 6, 2023 at 4:25 PM
To: Ranger Hazelnut <hazelnut@burningman.org>

Hi Hazelnut,

I'm open to chat either tonight or on Sunday if you prefer. Feel free to call me or Zoom is fine.

Warm thanks,
Fox
[Quoted text hidden]

**Ranger Hazelnut** <hazelnut@burningman.org>  Sat, Jan 14, 2023 at 10:11 PM
To: Lisa Wachowicz <whiskeyanddustfox@gmail.com>

Hello Fox,

I'd called last weekend and left a voicemail message. I'm unsure if that came through. I'm expecting to be home and generally available the next two days. I'm usually caffeinated and functional by 9am PST through 10pm PST.  My number is 360-431-6911.

Hazelnut
[Quoted text hidden]

BMP000019